UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| VICTOR M. GONZALEZ, <br> As the Special Administrator of the <br> Estate of ROGER GONZALEZ, deceased, <br><br> Plaintiff, <br> v. <br><br> SHERIFF (FORMER) KEITH NYGREN, <br> In his Individual and Official Capacity, and <br> MCHENRY COUNTY, ILLINOIS <br><br> Defendant. | Case No. 1:15-cv-776 <br><br> Judge Reinhard <br> Magistrate Judge Johnston |

## MOTION TO WITHDRAW AS PLAINTIFF'S ATTORNEYS

NOW COMES Plaintiff's attorneys, David S. Lipschultz and Daniel M. Spector, and in support of their Motion to Withdraw as Plaintiffs' Attorneys, states as follows:

1. On January 27, 2015, Plaintiff filed his Complaint at Law setting forth claims including Denial of Medical Care pursuant to 42 U.S.C. Section 1983 and wrongful death.

2. On August 25, 2015, this Honorable Court granted Plaintiff leave to file an amended complaint by September 16, 2015.

3. Plaintiff's attorneys, David S. Lipschultz and Daniel M. Spector, can not continue to represent the Plaintiff in this matter as counsel as they and the Plaintiff have irreconcilable differences concerning strategy and tactics in this litigation.

4. Counsel believes that under these circumstances, they are unable to effectively and properly represent the Plaintiff and that Plaintiff should retain new counsel or proceed on a *pro se* basis.

5. Therefore counsel moves to withdraw as Plaintiff's attorneys of record in this cause of action, and seek to no longer be sent further notices of the court. All further notices should be sent to:

Victor Gonzalez
2027 Willow Brook Drive, Apt. 1C
Woodstock, IL 60098

6. Mr. Lipschultz has notified the Plaintiff in a telephone conversation on September 16, 2015 of counsels' intention to withdraw as his attorneys. Mr. Lipschultz will also be writing a letter to the Plaintiff explaining the basis for counsels' present motion; said correspondence will enclose a copy of the present motion.

WHEREFORE, Plaintiff's attorneys, David S. Lipschultz and Daniel M. Spector, pray that this Honorable Court enter an order granting their motion to withdraw their appearances on behalf of the Plaintiff, Victor M. Gonzalez as Special Administrator of Roger Gonzalez, deceased, in this matter.

Respectfully submitted,

/s/ David S. Lipschultz

David S. Lipschultz
ARDC No. 6277910
Goldberg, Weisman & Cairo
One East Wacker Drive, 38th Floor
Chicago, IL 60601
Telephone: 312-245-2165